# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HOLOGIC, INC.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:13–CV–11191–MLW** |
| **SOUTHEAST IMAGING, LLC** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Southeast Imaging, LLC
> 8060 Counts Massie Road
> North Little Rock, Arkansas  72113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

> John Freedman
> Arnold & Porter LLP
> 555 Twelfth Street, N.W.
> Washington, DC  20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Jay Johnson**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2013–05–15 08:59:28.0**, Acting Clerk USDC DMA

Civil Action No.: **1:13−CV−11191−MLW**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Southeast Imaging, LLC

was received by me on (date) 5-16-13 .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☒ I served the summons on (name of individual) Elwood Bonner , who is

designated by law to accept service of process on behalf of (name of organization)_____

Southeast Imaging, LLC on (date) 5-17-13 ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____ .


I declare under penalty of perjury that this information is true.


5-21-13
Date

Server's Signature

Jeff Barnett   Process Server
Printed name and title

219 N. Cedar L.R. AR. 72205
Server's Address


Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b) and 5.4(C), I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on May 28, 2013, which will send electronic notice of such filing to registered participants.  I further certify that, on the same date, the foregoing will be served via electronic mail and U.S. mail on:

Southeast Imaging, LLC
c/o Rodney Thomason, Owner [rthomason@mahc.net]
c/o Elwood Bonner, CFO [ebonner@mahc.net]
c/o Adam Head, COO [ahead@mahc.net]
P.O. Box. 13267
8060 Counts Massie Road
North Little Rock, AK  72113

Sam Hilburn [shilburn@hilburnlawfirm.com]
HILBURN, CALHOON, HARPER, PRUNISKI & CALHOUN, LTD.
Post Office Box 5551
North Little Rock, AR  72119

John E. Tull III [jtull@qgtb.com]
QUATTLEAUM, GROOMS, TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, AR  72201

Bradley B. Falkof [brad.falkof@btlaw.com]
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606-2833

*Counsel for Southeast Imaging, LLC*

By: */s/ John A. Freedman*
    John A. Freedman
    **ARNOLD & PORTER LLP**
    *Attorneys for Plaintiff Hologic, Inc.*